FILED
NOV 30 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY DONALD,<br>    also known as "Gregory Donalds" | Violation: Title 18, United States Code, Section 922(g)(1)<br><br>20 CR 832<br><br>JUDGE BLAKEY<br>MAGISTRATE JUDGE VALDEZ |

The SPECIAL NOVEMBER 2020 GRAND JURY charges:

On or about August 28, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

GREGORY DONALD,
also known as "Gregory Donalds,"

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a loaded Glock 29, 10mm semiautomatic pistol, bearing serial number BKTF841, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

# FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2020 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock 29, 10mm semiautomatic pistol, bearing serial number BKTF841, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
signed by Timothy J. Storino on behalf of the
United States Attorney