**FINAL APPROVAL**

| | |
|---|---|
| CB #: | **19989473** |
| IR #: | 1774761 |
| YD #: | |
| RD #: | JD348126 |
| EVENT #: | 2024106940 |

**CHICAGO POLICE DEPARTMENT**
## ARREST REPORT
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11. 420C(REV. 6/30)

### ARREST REPORTING

**OFFENDER**

- **Name:** DONALD, Gregory D
- **Res:** ▮▮▮▮ State St, Riverdale, IL, Unknown
- **DOB:** ▮▮▮▮
- **AGE:** 28 years
- **POB:** Illinois
- **DLN:** ▮▮▮▮
- **ARMED WITH:** Handgun
- **Beat:** 3100

Male
Black
6' 00"
170 lbs
Brown Eyes
Black Hair
Short Hair Style
Medium Complexion

**INCIDENT**

- **Arrest Date:** 28 August 2020 12:37
- **Location:** 7851 S Marshfield Ave, Chicago, IL 60620, 303 - Sidewalk
- **Holding Facility:** District 006 Lockup
- **Resisted Arrest?** No
- **TRR Completed?** No
- **Beat:** 611
- **Total No Arrested:** 5
- **Dependent Children?** No
- **Co-Arrests:** ▮▮▮▮
- **Assoc Cases:**
- **DCFS Ward?** No

**CHARGES**

1. Offense As Cited **720 ILCS 5.0/24-1.1-A**
   UUW - WEAPON - FELON, POSSESS/USE FIREARM
   Class 3 - Type F

   **Victim**
   State Of Illinois, P.O Carney#16780

**FELONY REVIEW**

Felony Review: Approved   28 AUG 2020 17:00   Behncke,   State's Attorney's Office

IR #:1774761

**RECOVERED NARCOTICS**

NO NARCOTICS RECOVERED

CB #:19989473

## WARRANT

NO WARRANT IDENTIFIED

## NON-OFFENDER(S)

**VICTIM AND COMPLAINANT**

Name: STATE OF ILLINOIS, P.O Carney#16780
Res: 7808 S Halsted St
Chicago, IL 60620
312-745-3610
Beat: 621

Empl: 7808 S Halsted St
Chicago, IL 60620
312-745-3610
Beat: 621

DOB:
Age:
Comments:

Injured? No    Deceased? No
Hospitalized? No
Treated and Released? No

## ARRESTEE VEHICLE

NO ARRESTEE VEHICLE INFORMATION ENTERED

## PROPERTIES

**Confiscated Properties:**
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    DONALD, Gregory,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

**INCIDENT NARRATIVE**

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

EVENT #06940 ***BWC INCIDENT*** IN SUMMARY, WHILE IN THE 006TH DISTRICT, A/O'S WERE MONITORING POD CAMERA #7050 LOCATED AT 1658 W. 79TH ST, WHICH IS IN AN AREA KNOWN FOR A HIGH VOLUME OF GANG/NARCOTIC ACTIVITY. A/O'S OBSERVED A GROUP OF SUBJECTS ENGAGED IN A GAME OF DICE FOR MONEY, IN VIOLATION OF 720 ILCS 5/28-1-A-1 : GAMBLING - PLAY GAME OF CHANCE, ON THE SIDEWALK OUTSIDE OF THE APARTMENT COMPLEX ON THE SIDEWALK LOCATED AT 7851 S MARSHFIELD. A/O'S ALSO OBSERVED A MALE, BLACK SUBJECT WEARING A WHITE SHIRT AND BLACK PANTS WITH A WHITE STRIPE, NOW KNOWN AS GREGORY DONALDS(OFFENDER), STANDING WITH THE ABOVE GROUP OF SUBJECTS. A/O'S OBSERVED GREGORY DONALDS(OFFENDER) WITH A SUSPICIOUS BULGE PROTRUDING FROM THE SUBJECT'S RIGHT HIP AREA. FURTHER OBSERVATION REVEALED THE SUBJECT FAVORED HIS RIGHT SIDE WHILE BENDING OVER AND ALSO ADJUSTING HIS RIGHT SIDE MULTIPLE TIMES. A/O'S IN FULL UNIFORM IN UNMARKED DEPARTEMENT VEHICLES WITH ASSISTING UNITS RELOCATED TO THE AREA OF 7851 S. MARSHFIELD, WHILE P.O. GLEICH #14432 CONTINUED TO MONITOR POD #7050. GREGORY DONALDS(OFFENDER) CONTINUED TO ADJUST HIS RIGHT SIDE AND LIFTED HIS WHITE SHIRT MULTIPLE TIMES AND A/O'S WERE MORE CLEARLY ABLE TO SEE THE BULGE ON HIS RIGHT SIDE INSIDE OF HIS SHORTS AND IN A/O'S EXPERIENCE THE BULGE RESEMBLED THE SHAPE OF A HANDGUN. WHILE A/O'S PULLED UP ONTO THE 7800 BLOCK OF MARSHFIELD FROM 79TH ST, A/O CARNEY #16780 OBSERVED GREGORY DONALDS(OFFENDER) QUICKLY OPEN THE DOOR TO THE APARTMENT COMPLEX LOCATED 7851 S MARSHFIELD AND ENTER IN AN ATTEMPT TO EVADE POLICE. A/O CARNEY #16780 OPENED THE DOOR TO THE BUILDING AND OBSERVED THE OFFENDER JUST INSIDE THE DOOR IN THE FOYER OF THE BUILDING BENDING UPWARD FROM A BENT POSITION. A/O CARNEY #16780 GRABBED GREGORY DONALDS(OFFENDER) AND DETAINED HIM. A PROTECTIVE PAT DOWN FOR WEAPONS WAS CONDUCTED AND A/O CARNEY #16780 FELT A HARD OBJECT IN A SHAPE OF A FIREARM AND RECOVERED A GLOCK 29 SERIAL #BKTF841 10 MM BLUE STEEL SEMI-AUTOMATIC HANDGUN FROM THE RIGHT PANT LEG OF THE OFFENDER WITH A BLACK MAGAZINE INSERTED WITH AN UNKNOWN AMOUNT OF LIVE ROUNDS AND ONE ROUND IN THE CHAMBER. NAME CHECK OF GREGORY DONALDS(OFFENDER) REVEALED HE DOES NOT HAVE A VALID FOID CARD OR CCL AND IS A CONVICTED FELON WITH 2 PRIOR FELONY CONVICTIONS. GREGORY DONALDS(OFFENDER) PLACED INTO CUSTODY AND TRANSPORTED BY 606B TO THE 006TH DISTRICT FOR PROCESSING. POD CAMERA RETRIEVAL #5653. GUN DESK OSBOURN #2761 CONTACTED AT 1500 HRS AND THE GUN WAS CLEAR. GUN INV #14762986. GREGORY DONALDS(OFFENDER) MIRANDIZED AT 1528 HRS BY A/O GUTIERREZ #18968 IN THE PRESENCE OF A/O CARNEY #16780 AND THE OFFENDER DID NOT WANT TO ANSWER QUESTIONS AT THIS TIME. ASA BEHNCKE CONTACTED AND FELONY CHARGES FOR UUW WERE APPROVED AT 1700 HRS. OFFENDER HAS NO WANTS/WARRANTS, NOT ON PAROLE/PROBATION, NO INVESTIGATIVE ALERTS AND IS A DOCUMENTED GANGSTER DISCIPLES/KILLER WARD. PERSONAL PROPERTY#147

**COURT INFO**

Desired Court Date: 04 September 2020
Branch: 38-4  727 E 111TH ST - Room
Court Sgt Handle? No
Initial Court Date: 29 August 2020
Branch: CBC-1 2600 S CALIFORNIA - Room100
Docket #:

**BOND INFO**

BOND INFORMATION NOT AVAILABLE

**REPORTING PERSONNEL**

ATTESTING OFFICER:
I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

Attesting Officer: #18968  GUTIERREZ, J L (PC0AQ19)  28 AUG 2020 17:08

ARRESTING OFFICER(S):

|   |   |   |   | Beat |
|---|---|---|---|---|
| 1st Arresting Officer: | #18968 | GUTIERREZ, J L (PC0AQ19) | | 0665B |
| 2nd Arresting Officer: | #16780 | CARNEY, M J (PC0AR22) | | 0665B |

APPROVING SUPERVISOR:

Approval of Probable Cause : #566  BOFFO, R A (PC0J295)  28 AUG 2020 17:41

## ARREST PROCESSING REPORT

### LOCKUP KEEPER PROCESSING

**Holding Facility:** District 006 Lockup
**Received in Lockup:** 28 August 2020 17:47
**Prints Taken:** 28 August 2020 18:24
**Palmprints Taken:** Yes
**Photograph Taken:** 28 August 2020 18:14
**Released from Lockup:** 29 August 2020 09:00

**Time Last Fed:**
**Time Called:** **Phone#:**
**Cell #:** 6

**Transport Details:** 2PO  0606B  28-AUG-2020 12:42

### VISUAL CHECK OF ARRESTEE

| | |
|---|---|
| Is there obvious pain or injury? | No |
| Is there obvious signs of infection? | No |
| Under the influence of alcohol / drugs? | No |
| Signs of alcohol / drug withdrawal? | No |
| Appears to be despondent? | No |
| Appears to be irrational? | No |
| Carrying medication? | No |

### ARRESTEE QUESTIONNARIE

| | |
|---|---|
| (if female) are you pregnant? | No |
| First time ever been arrested? | No |
| Attempted suicide / serious harm? | No |
| Transgender / intersex / gender non-conforming? | No |
| Deaf / hard of hearing-request interpreter for court? | No |
| Interpreter needed? (indicate language) | No |
| Serious medical problems? | No |
| Serious mental problems? | No |

### ARRESTEE PRESCRIPTION MEDICATION INFORMATION:

| Question | Response | Medical Condition | Next Medication Due |
|---|---|---|---|
| Presently Taking Prescribed Medication? | No | | |

**RETURN TO HOLDING FACILITY COMMENTS:**

**QUESTIONNAIRE REMARKS:**

**LOCKUP KEEPER COMMENTS:**

28 AUG 2020 18:10    CAMPBELL, Klarence S (PC0AF57) :

### EMERGENCY CONTACT

**Name:** REFUSED

**Res:**           **Beat:**

### INTERVIEW LOG

NO INTERVIEWS LOGGED

## VISITOR LOG

NO VISITORS LOGGED

## MOVEMENT LOG

MOVEMENT LOG INFORMATION NOT AVAILABLE

## WC COMMENTS

**Watch Commander Comments:**

**REL w/o CHARGING:** DOES NOT APPLY TO THIS ARREST

## PROCESSING PERSONNEL

**ARRESTEE PROCESSING PERSONNEL:**

| Role | # | Name | Beat |
|---|---|---|---|
| Searched By: | | SMITH, J A (PC0AG03) | |
| Lockup Keeper: | | CAMPBELL, K S (PC0AF57) | |
| Assisting Arresting Officer: | #10723 | HART, D F (PC0BL61) | 0663D |
| Assisting Arresting Officer: | #10926 | ALCARAZ JR, R (PC0BL29) | 0606B |
| Assisting Arresting Officer: | #11213 | GILMORE, C A (PC0AM70) | 0665C |
| Assisting Arresting Officer: | #13457 | CEJA, J M (PC0BI49) | 0665A |
| Assisting Arresting Officer: | #13480 | FLORES, D (PC0BI57) | 0665A |
| Assisting Arresting Officer: | #14432 | GLEICH, R A (PC0AY20) | 0663D |
| Assisting Arresting Officer: | #17028 | CASTELLANO, N D (PC0AT41) | 0665D |
| Assisting Arresting Officer: | #17350 | DIAZ, A (PC0BJ38) | 0606B |
| Assisting Arresting Officer: | #17360 | CHATMON, R D (PC0AK77) | 0665C |
| Assisting Arresting Officer: | #19253 | BRAND JR, A (PC0AK68) | 0665D |
| Assisting Arresting Officer: | #2213 | VASSELLI, N P (PC0Z654) | 0665 |
| Fingerprinted By: | | SMITH, J A (PC0AG03) | |

**APPROVAL PERSONNEL:**

| Role | # | Name | Date/Time | Beat |
|---|---|---|---|---|
| Final Approval of Charges: | #400 | JASICA, S K (PC0H813) | 28 AUG 2020 20:16 | |

USA v. Gregory Donald000021    Donald Exhibit A, p. 5